AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

10499162

FILED
2018 FEB -2  AM 8:54
U.S. MAGISTRATE JUDGE
BY_____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No 2:18-mj-137-CWH |
| DOUGLAS HAIG | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED
ENTERED
COUNSEL/PA...
REC'D USMS 9/NV
2018 FEB 02 P 01:29
FEB -6 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DOUGLAS HAIG,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §371 - Conspiracy;
18 U.S.C. §§922(a)(7), (a)(8) and 924(a)(1)(D) - Manufacture of Armor Piercing Ammunition

Date: 2/2/18

_____
Issuing officer's signature

City and state:   Las Vegas, Nevada

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on (date) 2/2/18, and the person was arrested on (date) 2/2/18
at (city and state) MESA, AZ.

Date: 2/2/18

_____
Arresting officer's signature
for
FBI
Printed name and title