DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No.: 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Cristina.Silva@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS HAIG,<br><br>　　　　　　Defendant. | Case No.: 2:18-mj-00137-CWH<br><br>NOTICE OF WITHDRAWAL |

COMES NOW, the United States of America, by and through Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, and hereby file this Notice of Withdrawal. Patrick Burns, Assistant United States Attorney is assigned to this case.

Dated this 19th day of April, 2018.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　DAYLE ELIESON
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney